UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN COLL,<br><br>    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 19 Civ. 6526 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Construing Petitioner Brian Coll's letter dated May 12, 2020 [dkt. no. 10], to be a motion for compassionate release, the Government may respond no later than June 8, 2020.  Mr. Coll may reply no later than June 16, 2020. Chambers will mail a copy of this order to Mr. Coll.

**SO ORDERED.**

Dated: New York, New York
    June 1, 2020

          _____
          LORETTA A. PRESKA
          Senior United States District Judge

1