UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>  -against-<br><br>BRIAN COLL,<br><br>    Defendant. | 15 Cr. 360 (LAP)<br><br>ORDER |
| BRIAN COLL,<br><br>    Plaintiff<br><br>  -against-<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 19 Civ. 6526 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  By order dated June 16, 2022, the Court denied Mr. Coll's motion to vacate his conviction pursuant to 28 U.S.C. § 2255. (See Dkt. no. 194 in 15-cr-360.)  On June 30, 2022, Mr. Coll moved this Court for appointment of counsel to appeal the denial of the 2255 petition.  (Dkt. no. 195 in 15-cr-360.)

  The Court clarifies that no certificate of appealability of the Court's June 16, 2022 denial of the 2255 petition will issue because Mr. Coll has failed to make a substantial showing of the denial of a constitutional right.  See 28 U.S.C. § 2253(c).  The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the June 16, 2022 order would not be taken in good faith.  Accordingly, the motion for appointment of counsel

1

(dkt. no. 195) is denied. See, e.g., In re Seimon, 421 F.3d 167, 169 (2d Cir. 2005).

The Clerk of the Court shall mark dkt. no. 195 as closed and shall mail a copy of this order to Mr. Coll.

**SO ORDERED.**

Dated:   New York, New York
         July 1, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge